| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: NORKHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | Chapter you are filing under:<br>☐ Chapter 7<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Saul**<br>First name<br><br>_____<br>Middle name<br><br>**Adame**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3871 | |

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 1

Debtor 1  **Saul Adame**  Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **500 Harris Street**<br>**Dalton, GA 30721**<br>Number, Street, City, State & ZIP Code<br><br>**Whitfield**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Saul Adame** _____ Case number *(if known)* _____

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☐ No.    Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?
    - ■ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Saul Adame** _____    Case number *(if known)* _____

---

| Part 3: | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 4

Debtor 1    **Saul Adame**                                                                                               Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Saul Adame**                                                Case number *(if known)*

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Saul Adame

**Saul Adame**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **June  9, 2025**
               MM / DD / YYYY

Executed on
               MM / DD / YYYY

Debtor 1  **Saul Adame** _____  Case number *(if known)* _____

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Cameron M. McCord** _____  Date  **June 9, 2025** _____
Signature of Attorney for Debtor                                                MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300** _____    Email address  **info@joneswalden.com** _____

**143065 GA**
Bar number & State

---

Official Form 101              **Voluntary Petition for Individuals Filing for Bankruptcy**              page 7

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Saul Adame** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Ally Financial**
**PO Box 380902**
**Bloomington, MN 55438**

What is the nature of the claim?  **2019 Mercedes-Benz Clac 85258 miles**   **$7,512.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $21,312.00
   Value of security:   - $13,800.00
   Unsecured claim   $7,512.00

Contact

Contact phone

**2**

**Bethune & Associates**
**Wesco Insurance**
**14435 N 7th St, Ste 201**
**Phoenix, AZ 85022**

What is the nature of the claim?  **Personal guaranty on business debt**   **$16,370.48**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

Debtor 1 __Saul Adame_____   Case number *(if known)* _____

Contact _____
Contact phone _____

☐ Yes. Total claim (secured and unsecured) _____
Value of security: - _____
Unsecured claim _____

---

**3**

**BizFund LLC**
**co Cogency Global Inc, Reg Agt**
**850 New Burton Rd, Suite 201**
**Dover, DE 19904**

**What is the nature of the claim?** _____ **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) **Unknown**
Value of security: - **$0.00**
Unsecured claim **Unknown**

Contact _____
Contact phone _____

---

**4**

**Capital One Auto Finance**
**PO Box 60511**
**City of Industry, CA 91716-0511**

**What is the nature of the claim?** **2023 Nissan Pathfinder 79500 miles** **$3,106.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) **$27,406.00**
Value of security: - **$24,300.00**
Unsecured claim **$3,106.00**

Contact _____
Contact phone _____

---

**5**

**Corporation Service Company**
**as Representative**
**P.O. Box 2576**
**Springfield, IL 62708**

**What is the nature of the claim?** _____ **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) **Unknown**
Value of security: - **$0.00**
Unsecured claim **Unknown**

Contact _____
Contact phone _____

---

**6**

**CT Corporation System, as rep.**
**330 N Brand Blvd**
**Suite 700; Attn: SPRS**

**What is the nature of the claim?** _____ **Unknown**

---

| Debtor 1 | **Saul Adame** | | Case number *(if known)* | |

**Glendale, CA 91203**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   **Unknown**
  - Value of security:  -  **$0.00**
  - Unsecured claim   **Unknown**

Contact

Contact phone

---

**7**

**DMKA LLC**
**345 7th Avenue, 8th Floor**
**New York, NY 10001**

What is the nature of the claim?   **Personal guaranty on business debt**   **$212,772.45**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**8**

**EBF Holdings, LLC**
**102 W. 38th Street**
**6th Floor**
**New York, NY 10018**

What is the nature of the claim?   **Personal guaranty on business debt**   **$165,669.59**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**9**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

What is the nature of the claim?   **2005 & 2006 taxes**   **$16,571.26**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No

Debtor 1 **Saul Adame**  Case number *(if known)*

☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**10**

**James Jeffrey**
**319 Daisey Log Rd**
**Blairsville, GA 30512**

What is the nature of the claim?  **Collateral plege of life insurance**   $200,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**11**

**M S International, Inc.**
**7950 Troon Circle**
**Austell, GA 30168**

What is the nature of the claim?  **Personal guaranty on business debt**   $96,736.67

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**12**

**National Funding, Inc.**
**4380 La Jolla Village Drive**
**San Diego, CA 92122**

What is the nature of the claim?   $149,423.02

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

☐ No
■ Yes. Total claim (secured and unsecured)  $149,423.02
Value of security: - $0.00
Unsecured claim  $149,423.02

Contact
Contact phone

---

**13**

**SGM Corp**

What is the nature of the claim?  **Personal guaranty on business debt**   $11,257.92

---

Debtor 1 **Saul Adame**      Case number *(if known)*

**3536 Corporate Drive**
**Dalton, GA 30721**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**14**

**Stone Basyx**
**151 Peddycord Park Dr**
**Kernersville, NC 27284**

**What is the nature of the claim?**   **Personal guaranty on business debt**   **$121,511.49**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**15**

**U.S. Small Business Admin.**
**PO Box 3918**
**Portland, OR 97208**

**What is the nature of the claim?**   **Personal guaranty on business PPP Loan**   **$37,534.92**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**16**

**U.S. Small Business Admin.**
**PO Box 3918**
**Portland, OR 97208**

**What is the nature of the claim?**   **Personal guaranty on business EIDL Loan**   **$29,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
No

Debtor 1 **Saul Adame**  Case number *(if known)*

|  |  |
|---|---|
| Contact |  |
| Contact phone |  |

■ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

---

**17**

**U.S. Small Business Admin.**
**2 North Street, Suite 320**
**Birmingham, AL 35203**

**What is the nature of the claim?**  **Personal guaranty on business PPP Loan**  **$28,618.15**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**18**

**U.S. Small Business Admin.**
**PO Box 3918**
**Portland, OR 97208**

**What is the nature of the claim?**  **Personal guaranty on business EIDL Loan**  **$150,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**19**

**U.S. Small Business Admin.**
**2 North Street, Suite 320**
**Birmingham, AL 35203**

**What is the nature of the claim?**  **Personal guaranty on business EIDL Loan**  **$8,100.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**20**

**V Grp**

**What is the nature of the claim?**  **Unknown**

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 6

| Debtor 1 | **Saul Adame** | | Case number *(if known)* | |

**333 Persall Ave**
**Cedarhurst, NY 11516**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **Unknown**
          Value of security:                  - **$0.00**
          Unsecured claim                     **Unknown**

Contact phone

### Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Saul Adame**
   **Saul Adame**
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date  **June 9, 2025**

Date  _____

Ally Financial
PO Box 380902
Bloomington, MN 55438


Angel Adame
133 Kodiak Way
Dalton, GA 30721


Bethune & Associates
Wesco Insurance
14435 N 7th St, Ste 201
Phoenix, AZ 85022


BizFund LLC
co Cogency Global Inc, Reg Agt
850 New Burton Rd, Suite 201
Dover, DE 19904


Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511


Chris Carr, Attorney Genr'l GA
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334


Corporation Service Company
as Representative
P.O. Box 2576
Springfield, IL 62708


CT Corporation System, as rep.
330 N Brand Blvd
Suite 700; Attn: SPRS
Glendale, CA 91203

```
DMKA LLC
345 7th Avenue, 8th Floor
New York, NY 10001




Douglas Robinson, Esq.
370 Lexington Ave Rm 801
New York, NY 10017




EBF Holdings, LLC
102 W. 38th Street
6th Floor
New York, NY 10018




Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263




Georgia Department of Revenue
Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345




Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346




James Jeffrey
319 Daisey Log Rd
Blairsville, GA 30512




Jonah Howell, Esq.
Tallant Howell
202 Tribble Gap Rd, Suite 302
Cumming, GA 30040




M S International, Inc.
7950 Troon Circle
Austell, GA 30168
```

National Funding, Inc.
4380 La Jolla Village Drive
San Diego, CA 92122


SGM Corp
3536 Corporate Drive
Dalton, GA 30721


Silverman Thompson Slutkin
White LLC
400 East Pratt St, Suite 900
Baltimore, MD 21202


Stone Basyx
151 Peddycord Park Dr
Kernersville, NC 27284


U.S. Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350


U.S. Small Business Admin.
PO Box 3918
Portland, OR 97208


U.S. Small Business Admin.
2 North Street, Suite 320
Birmingham, AL 35203


V Grp
333 Persall Ave
Cedarhurst, NY 11516

```
Velocity Commercial Capital
2945 Townsgate Rod
Suite 110
Westlake Village, CA 91361



Whitfield Co. Tax Commissioner
1013 Riverburch Parkway
Dalton, GA 30721
```